# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**SHAMARR HOWELL,**                                                                                               **PLAINTIFF**

**v.**                     **CASE NO. 4:11CV00508 BSM/HDY**

**FAULKNER COUNTY**                                                       **DEFENDANTS**
**DETENTION CENTER, et al.**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young and the filed response have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff Shamarr Howell's claims against the Faulkner County Detention Center be DISMISSED WITH PREJUDICE, and the name of the Faulkner County Detention Center be removed as a party defendant.

2. Plaintiff be allowed to proceed in this law suit only with his claims regarding the conditions of his confinement, and all other claims be DISMISSED WITHOUT PREJUDICE.

Dated this 29th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE